IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |  | |
|---|---|---|---|
| ALBERT MORRIS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | CV 316-046 | |
| | ) | | |
| ROBERT A. MCDONALD, Secretary, | ) | | |
| Department of Veterans Affairs, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## O R D E R

Before the Court is Defendant's motion to compel discovery responses. (Doc. no. 14.) On April 27, 2017, the Court conducted a telephonic hearing and heard arguments regarding the motion. (Doc. no. 15.) After Plaintiff raised concerns with the breadth of several production of document requests, the parties agreed to modify several requests to address Plaintiff's concerns, and Plaintiff agreed to provide all outstanding responses to Defendant's interrogatory and production of document requests by Monday, May 1, 2017. Accordingly, the Court **GRANTS** Defendant's motion to compel (doc. no. 14) and orders Plaintiff to supplement his interrogatory responses, production of document responses, as well as his production of documents no later than 5 P.M. Monday, May 1, 2017.

SO ORDERED this 27th day of April, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA