IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ALBERT MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-046 |
| | ) | |
| DAVID J. SHULKIN, Secretary, | ) | |
| Department of Veterans Affairs[1], | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

During the discovery teleconference today, the parties agreed to perform, and the Court hereby orders them to complete, the following discovery tasks on or before May 30, 2017:

1. Plaintiff shall supplement his production with signed, final tax returns for the tax years 2012 through 2016. In the event Plaintiff has not completed his tax return for the tax year 2016 due to an IRS deadline extension, Plaintiff shall produce income and expense documentation acceptable to Defendant.

2. Plaintiff shall conduct exhaustive research of all his electronic and written correspondence, and supplement his production with any additional communications regarding the legal claims and factual allegations asserted by him in this litigation.

3. Plaintiff shall supplement his production with any additional receipts concerning the itemization of damages as requested by Defendant's Interrogatory Number 17.

4. Plaintiff shall file any motion for an extension of the discovery period.

5. Defendant shall supplement its production with any additional documentation regarding Plaintiff's employment.

6. Defendant shall produce all responsive documents concerning the malpractice

---

[1]The Court takes judicial notice that on February 13, 2017, David J. Shulkin became United States Secretary of Veterans Affairs. Pursuant to Fed. R. Civ. P. 25(d), the Court **DIRECTS** the Clerk of Court to substitute David J. Shulkin as Defendant.

history and credentialing of Dr. Styles.

SO ORDERED this 17th day of May, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA