IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 JUL 27 P 3:00
CLERK _____
SO/DIST OF GA.

```
ALBERT MORRIS,              *
                            *
     Plaintiff,             *
                            *
vs.                         *     CV 316-046
                            *
DAVID J. SHULKIN, Secretary,*
Department of Veterans      *
Affairs,                    *
                            *
     Defendant.             *
```

O R D E R

On July 3, 2017, Defendant in the captioned matter filed a motion for summary judgment. In support thereof, Defendant filed a "Statement of Material Facts" ("Statement") to which it contends there is no dispute. Plaintiff's response to the motion for summary judgment was due to be filed by July 24, 2017. Plaintiff, who is proceeding *pro se*, has not filed a response.

Pursuant to Local Rule 56.1, S.D. Ga., all material facts set forth in the movant's Statement "will be deemed to be admitted unless controverted by a statement served by the opposing party." Accordingly, if Plaintiff does not provide a response and appropriately contravenes the material facts set forth in the Statement, this Court will deem the motion

unopposed and construe the facts in the light most favorable to Defendant as set forth in the Statement. Because Plaintiff is proceeding *pro se*, the Court *sua sponte* extends the time to file a response to the motion for summary judgment until August 10, 2017. If no response is filed, the Court will consider the motion for summary judgment unopposed.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE